**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Lawrence Floyd Miller III  v.  The State of Texas

Appellate case number:   01-15-00261-CR

Trial court case number: 74039

Trial court:             412th Judicial District Court of Brazoria County

Date motion filed:       December 28, 2015

Party filing motion:     Appellant Lawrence Floyd Miller III

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/ Sherry Radack_____
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Bland and Huddle

Date: January 21, 2016